UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| GENE THOMAS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 9:05CV85 |
| HOUSTON COUNTY PRECINCT #3 | § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. §636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is

ORDERED that the defendant's motion to dismiss is GRANTED and motion for more definite statement is DENIED (Doc. # 22).

SIGNED this 10th day of ~~June~~ July 2005.

RON CLARK
UNITED STATES DISTRICT JUDGE

1